UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLEVIA VALOAGA,<br><br>       Plaintiff,<br><br>v.<br><br>JEFFRY MENDOZA, et al.,<br><br>       Defendant. | CASE NO. 2:25-cv-00480-DGE-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS** |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1)   The Court GRANTS plaintiff's application to proceed *in forma pauperis* (Dkt.1).

(2)   Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1     Subsequently, if the prisoner's account exceeds $10.00, each month the agency having

2 custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

3 prisoner's preceding month's income credited to the prisoner's account.  In the event that the

4 monthly payment would reduce the prisoner's account below $10.00, the agency should collect

5 and forward only that amount which would reduce the prisoner's account to the $10.00 level.

6 Please note that this $10.00 limit does not apply to the initial partial filing fee described above.

7 Finally, the monthly payments should be collected and forwarded to the Court until the entire

8 filing fee ($350.00) for this matter has been paid.

9     (3)     The Clerk is directed to send a copy of this Order to plaintiff, to the financial

10 officer of this Court, and to the agency having custody of plaintiff.

11     DATED this 26th day of March, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2